UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                                      )<br>         Plaintiff,   )<br>                                        )<br>    vs.                        )<br>                                        )<br>JASON ALAN BREWER,        )<br>                                        )<br>        Defendant.   )<br>_____) | Case No.  1:12-cr-00311 AWI BAM<br><br>**ORDER OF DETENTION PENDING A BOND**<br>**VIOLATION HEARING** |

A. <u>Order for Revocation and Detention</u>

   After conducting a hearing pursuant to 18 U.S.C. § 3148(b) on the government's motion for revocation of the previous order for release, the Court orders the previous conditions of pretrial release revoked and this defendant detained.

B. <u>Statement of Reasons for the Revocation and Detention</u>

   The Court orders the revocation of pretrial release conditions and the defendant's detention because it finds:

   \_\_\_\_\_ (1) There is probable cause to believe this defendant has committed a Federal, State, or local crime while on release.

   **or**

   \_X\_\_\_ (2) There is clear and convincing evidence that this defendant has violated a condition or conditions of release.

   **and**

   \_\_\_\_\_ (3) That based on the factors set forth in § 3142(g), there is no condition or combination of conditions of release that will assure that this defendant will not flee or pose a danger to the safety of any other person or the community; or,

   \_X\_\_\_ (4) That this defendant is unlikely to abide by any condition or combination of conditions of release.

   \_\_\_\_\_ (5) That this defendant has not rebutted the rebuttable presumption contained in 18 U.S.C. § 3148(b) that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community based upon the existence of probable cause to believe that, while on release, the defendant committed a Federal, State, or local felony.

IT IS SO ORDERED.

   Dated:  **February 7, 2013**                      /s/ Sheila K. Oberto
                                                                       UNITED STATES MAGISTRATE JUDGE